*EXHIBIT A*

**ROBERT C. JAROSH**
**LINDSAY A. WOZNICK**
Hirst Applegate, LLP
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, WY 82003-1083
(307) 632-0541
FAX: 307-632-4999

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MAINTENANCE ENTERPRISES, INC., and IMTC, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DYNO NOBEL, INC., <br><br> Defendant. <br> DYNO NOBEL, INC., <br><br> Counterclaim Plaintiff, <br><br> vs. <br><br> MAINTENANCE ENTERPRISES, INC., and IMTC, INC., <br><br> Counterclaim Defendants. | Civil No. 08-CV-170J |

## *AFFIDAVIT OF LINDSAY A. WOZNICK*

STATE OF WYOMING  }
                  } ss
COUNTY OF LARAMIE }

Lindsay A. Woznick, first being duly sworn, deposes and says:

1. I am over 18 years of age, and currently reside in Cheyenne, Laramie County, Wyoming.

2. I am one of the attorneys for Plaintiffs in the above-captioned matter.

3. I have knowledge of the facts of the prosecution of the above-captioned matter.

4. The itemized schedule of costs set forth in *Plaintiffs' Certified Bill of Costs* is correct.

5. The services for which fees were charged were actually and necessarily performed and incurred in the prosecution of this matter.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: 9 November 2010.

*/s/ Lindsay A. Woznick*
LINDSAY A. WOZNICK

Subscribed and sworn to before me by Lindsay A. Woznick this 9th day of November 2010. Witness my hand and official seal. My commission expires: 2-14-11.

*/s/ Norma J. Hubka*
NOTARY PUBLIC

[Notary Seal: NORMA J. HUBKA - NOTARY PUBLIC, COUNTY OF LARAMIE, STATE OF WYOMING, MY COMMISSION EXPIRES FEB. 14, 2011]

# EXHIBIT B



**Wyoming Reporting Service, Inc.**
P.O. Box 165
Cheyenne, WY 82003
(307) 635-4424  Fax: (307) 632-4943

Employer I.D. No. 830210241

| Invoice Date: |
|---|
| 9/10/2009 |

| Invoice No. |
|---|
| 26181 |

To:
Mr Michael C Drew
Jones, Walker, Waechter, Poitevent, Carrere & Denegre L.L.P.
201 St. Charles Avenue
51st Floor
New Orleans, LA  701705100

RE: Maintenance Enterprises vs. Dyno Nobel
Deposed: James Dibble
Deposition Date: 8/27/2009    Case No. 08-CV-170B
Taken By: Court Reporter

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| O | Original and One Copy | 178 | 3.30 | 587.40 |
| AFF | Appearance Fee - Full Day | 1 | 110.00 | 110.00 |
| E | Copy of Exhibits | 87 | 0.35 | 30.45 |
| Notes: | | | | |
| | | | Total: | 727.85 |

| | TOTAL BALANCE DUE: | 727.85 |
|---|---|---|



**Wyoming Reporting Service, Inc.**
P.O. Box 165
Cheyenne, WY 82003
(307) 635-4424  Fax: (307) 632-4943

Employer I.D. No. 830210241

| Invoice Date: |
|---|
| 8/31/2009 |

| Invoice No. |
|---|
| 26156 |

To:
Mr Michael C Drew
Jones, Walker, Waechter, Poitevent, Carrere & Denegre L.L.P.
201 St. Charles Avenue
51st Floor
New Orleans, LA 701705100

RE: Maintenance Enterprises vs. Dyno Nobel
Deposed: James Dibble, Rough Draft
Deposition Date: 8/27/2009    Case No. 08-CV-170B
Taken By: Court Reporter

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| RD | Unedited E-Transcript Rush | 179 | 1.25 | 223.75 |
| Notes: | | | | |
| | | | Total: | 223.75 |

| | TOTAL BALANCE DUE: | 223.75 |
|---|---|---|

 **DepoNet**
DepoNet
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

 **DepoNet**

Toll Free (800) 337-6638
Fax (866) 590-3205
www.deponet.com

## Invoice # DP86279

| Invoice Date | Terms |
|---|---|
| 09/22/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

MICHAEL DREW ,ESQ.
JONES, WALKER, WAECHTER, POITEVENT, CARRERE &
201 SAINT CHARLES STREET
NEW ORLEANS, LA 70170

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/03/2009 | MAINTENANCE ENTERPRISES vs. DYNO N | 77545 | 09/21/2009 | F-S-O |

| Description |
|---|

Copy Transcript of SYDNEY FURROW

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*\*\*\*ROUGH DRAFT PROVIDED\*\*\**

LOCATION OF DEPOSITION: THE WOODLANDS, TX

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,406.85 |
| Paid: | $ 0.00 |
| Balance Due : | $ 1,406.85 |
| Payment Due: | 10/22/2009 |

After 11/06/2009 Pay This Amount:    $ 1,547.54

Tax Number:  45-0470336

**Method of Payment**

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number                              Exp. Date

Company: DepoNet
Invoice Number: DP86279
Invoice Date: 09/22/2009
Balance: $ 1,406.85
Due Date: 10/22/2009
Late Date: 11/06/2009
Late Amount: $ 1,547.54

☐ Check Enclosed
Please Make Check Payable to DepoNet

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.deponet.com/DP.pdf

Remit to: DepoNet    PO Box 934157,    Atlanta GA 31193-4157

074   0000086279   09222009   7   000140685   4   10222009   11062009   0   000154754   42

# INVOICE

**GRIFFIN AND ASSOCIATES, LLC**
3030 NORTH CENTRAL AVENUE
SUITE 1102
PHOENIX, ARIZONA 85012
PHONE: (602) 264-2230  FAX: (602) 264-2245
FED ID# 74-3158557

MR. RICHARD J. TYLER
JONES WALKER WAECHTER POITEVENT
CARRERE & DENEGRE, LLP
201 ST. CHARLES AVE
47TH FLOOR
NEW ORLEANS, LA 70170

October 2, 2009

**Invoice#** 033557

**Balance:** $993.74

Re: MAINTENANCE ENTERPRISES VS. DYNO NOBEL
    (ART GRAF)
      on 09/18/09
      by JERI F. BARBIN

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: ARTHUR S. GRAF, JR. | |
| ATTENDANCE FEE | 260.00 |
| O/1 COPIES 155 PAGES | 558.00 |
| ETRAN ONLY | 25.00 |
| EXHIBIT REPRODUCTION | 124.74 |
| DELIVERY/HANDLING | 26.00 |

1.50% per month on unpaid balance

P l e a s e   R e m i t  - - - >   Total Due:   $993.74

**Please tear off stub and return with payment.**

THIS INVOICE IS DUE AND PAYABLE WITHIN 10 DAYS
VISA AND MASTERCARD PAYMENTS ACCEPTED

GRIFFIN AND ASSOCIATES COURT REPORTERS      Invoice# 033557
3030 NORTH CENTRAL AVENUE
SUITE 1102                                  Balance$   993.74
PHOENIX, ARIZONA 85012

Sep 21 09 08:36a        Legal Video Specialists        602-254-2120                p.1



**LEGAL VIDEO SPECIALISTS, LLC**
16410 E. CRYSTAL POINT DRIVE
FOUNTAIN HILLS, AZ. 85268
PHONE  602-254-1400
FAX       602-254-2120

# Invoice

Number:  **9176**

Date:  **September 21, 2009**

**Bill To:**
JONES, WALKER, WAECHTER, et al
201 ST. CHARLES AVE  51ST FLOOR
NEW ORLEANS, LA 70170-5100

**Ship To:**
JONES, WALKER, WAECHTER, et al
201 ST. CHARLES AVE  51ST FLOOR
NEW ORLEANS, LA 70170-5100

| Ordering Attorney | Case Name | Terms | Ship Via |
|---|---|---|---|
| RICHARD TYLER | MAINTENANCE v DYNO | COD | FED-EX |

| Date | Deponent | Description | Unit | Price | Amount |
|---|---|---|---|---|---|
| 9-18-09 | ART GRAFF | VIDEO  FEE HOURLY RATE | 6.50 | 100.00 | 650.00 |
|  |  | CD'S ON DVD | 4.00 | 50.00 | 200.00 |
|  |  | TAPE STOCK | 4.00 | 25.00 | 100.00 |
|  |  | SHIPPING | 1.00 | 39.00 | 39.00 |

**Total**  **$989.00**

PAST DUE INVOICES ARE SUBJECT TO FINANCE CHARGES OF
1 1/2% PER MONTH (18% ANNUALLY) ON THE BALANCE DUE.

**FEDERAL TAX ID #  20-5715781**

## Prestige Reporting, LLC
2603 Commons Boulevard, Suite B
Augusta, GA 30909
(706) 447-3844 Phone   (706) 447-3846 Fax
Tax ID: 20-8603492
www.prestige-reporting.com

September 3, 2009

Mr. Richard J. Tyler, Esq.
Jones Walker Waechter Poitevent Carrere & Denegre, LLP
201 St. Charles Ave.
New Orleans, LA 70170-5100
(504) 582-8000

| Invoice Number |
| --- |
| PR- 3142 |

Re:   John J. Griffin  Taken On: 8/14/2009
      Maintenance Enterprises, Inc v. Dyno Nobel, Inc.
      08CV170B

| Description of Services | | Pgs/Qty | Rate | Extension |
| --- | --- | --- | --- | --- |
| ORIGINAL + 1 COPY M/T/V | Deposition Of: John J. Griffin | 241.00 | 4.10 | 988.10 |
| APPEARANCE FEE: | | 8.00 | 25.00 | 200.00 |
| APPEARANCE FEE/AFTER 5:00PM: | | 0.50 | 40.00 | 20.00 |
| Exhibit copy | Exhibit Nos: 96-124 | 354.00 | 0.35 | 123.90 |
| Jurat | | 1.00 | 16.50 | 16.50 |
| E-TRAN | GRATIS | 1.00 | 0.00 | Gratis |
| PR PAC-N-GO | TRANSCRIPT/WORD INDEX/HYPERLINKED EXHBIITS | 1.00 | 5.00 | 5.00 |
| Video Services | | 1.00 | 1125.00 | 1125.00 |
| Shipping | | 1.00 | 30.00 | 30.00 |
| | | | Invoice total: | $2,508.50 |

*** ATTENTION ***

MARCH 30, 2009, WE RELOCATED TO BETTER SERVE YOU
OUR NEW ADDRESS

2603 COMMONS BOULEVARD, SUITE B
AUGUSTA, GA  30909



## Casella, Janice

| | |
|---|---|
| **From:** | Pam Terjeson [Pam@byersanderson.com] |
| **Sent:** | Thursday, October 22, 2009 4:58 PM |
| **To:** | Casella, Janice |
| **Subject:** | Invoice #13747 |

Your Byers & Anderson invoices are now being delivered to you by e-mail instead of USPS mail. Please pay directly from this invoice within 30 days. If you have any questions, send a reply to this email and we will be happy to assist you. Thank you!

**BYERS & ANDERSON / Court Reporters & Video**
2208 North 30th Street, Suite 202
Tacoma, WA 98403-3360
Phone: 253 627-6401/800 649-2034
Fax: 253 383-4884



*Invoice #13747*

Richard J. Tyler
Jones Walker Waechter
201 St. Charles Avenue, Suite 5200
New Orleans, LA 70170-5100

| Date | Terms |
|---|---|
| 09/18/2009 | Due on receipt |

| Job | Number | Reporter | Order Shipped | Shipped Via |
|---|---|---|---|---|
| 09/15/2009 | 26260 | Malone, Cody; Pritchard, Teri | 09/17/2009 | Federal Express |
| **Case Reference** | | **Case** | | |
| | | MEI vs. Dyno Nobel | | |

| Description | Price | Amount |
|---|---|---|
| **Original Transcript Deposition of Mark W. Hyzer** | | |
| Attendance Fee Per Hour (7.5 Hours) | $62.50 | $468.75 |
| Attendance-After Hours (1 Hour) | $72.50 | $72.50 |
| Original & One E-Transcript (191 Pages) | $3.95 | $754.45 |
| Realtime w/ rough disk (191 Pages) | $1.00 | $191.00 |
| Video Digital with Text Synchronization (1 Hour) | $160.00 | $160.00 |
| Video Digital with Text Synchronization (7.5 Hours) | $150.00 | $1,125.00 |
| | | $2,771.70 |
| Federal Express | | $50.00 |
| | | $50.00 |

**1 Hour - After Hours Rates**

| | |
|---|---|
| Amount Due: | $2,821.70 |
| Finance Charge Added After 10/18/2009: | $0.00 |
| Paid: | $0.00 |
| **Balance Due:** | **$2,821.70** |
| **Payment Due:** | **Upon Receipt** |

Tax ID: 91-1250690. We appreciate your business! Reporter is an independent contractor. Please reference invoice number when emitting payment. We accept VISA, Mastercard, American Express and Discover Cards. Invoices over 30 days will be assessed at 1.5% per month.

10/23/2009

## Casella, Janice

| | |
|---|---|
| **From:** | Pam Terjeson [Pam@byersanderson.com] |
| **Sent:** | Thursday, October 22, 2009 4:58 PM |
| **To:** | Casella, Janice |
| **Subject:** | Invoice #14290 |

Your Byers & Anderson invoices are now being delivered to you by e-mail instead of USPS mail. Please pay directly from this invoice within 30 days. If you have any questions, send a reply to this email and we will be happy to assist you. Thank you!

**BYERS & ANDERSON / Court Reporters & Video**
2208 North 30th Street, Suite 202
Tacoma, WA 98403-3360
Phone: 253 627-6401/800 649-2034
Fax: 253 383-4884



*Invoice #14290*

Richard J. Tyler
Jones Walker Waechter
201 St. Charles Avenue, Suite 5200
New Orleans, LA 70170-5100

| Date | Terms |
|---|---|
| 10/12/2009 | Due on receipt |

| Job | Number | Reporter | Order Shipped | Shipped Via |
|---|---|---|---|---|
| 09/15/2009 | 26260 | Malone, Cody; Pritchard, Teri | 09/28/2009 | Federal Express |
| **Case Reference** | | **Case** | | |
| | | MEI vs. Dyno Nobel | | |

| Description | Price | Amount |
|---|---|---|
| **Deposition of Mark W. Hyzer** | | |
| Scanned Exhibits (642 Units) | $0.30 | $192.60 |
| | | $192.60 |
| Federal Express | | $20.00 |
| | | $20.00 |
| | Amount Due: | $212.60 |
| | Finance Charge Added After 11/11/2009: | $0.00 |
| | Paid: | $0.00 |

| Balance Due: | $212.60 |
|---|---|
| Payment Due: | Upon Receipt |

Tax ID: 91-1250690.We appreciate your business!Reporter is an independent contractor.Please reference invoice number when remitting payment.We accept VISA, Mastercard, American Express and Discover Cards.Invoices over 30 days will be assessed at 1.5% per month.

10/23/2009

## Casella, Janice

| | |
|---|---|
| **From:** | Pam Terjeson [Pam@byersanderson.com] |
| **Sent:** | Thursday, October 22, 2009 5:01 PM |
| **To:** | Casella, Janice |
| **Subject:** | Invoice #14576 |

Your Byers & Anderson invoices are now being delivered to you by e-mail instead of USPS mail. Please pay directly from this invoice within 30 days. If you have any questions, send a reply to this email and we will be happy to assist you. Thank you!

**BYERS & ANDERSON / Court Reporters & Video**
2208 North 30th Street, Suite 202
Tacoma, WA 98403-3360
Phone: 253 627-6401/800 649-2034
Fax: 253 383-4884



### Invoice #14576

Richard J. Tyler
Jones Walker Waechter
201 St. Charles Avenue, Suite 5200
New Orleans, LA 70170-5100

| Date | Terms |
|---|---|
| 10/22/2009 | Due on receipt |

| Job | Number | Reporter | Order Shipped | Shipped Via |
|---|---|---|---|---|
| 10/20/2009 | 26572 | Malone, Cody; Pritchard, Teri | | US Priority Mail |

| Case Reference | Case |
|---|---|
| | MEI vs. Dyno Nobel |

| Description | Price | Amount |
|---|---|---|
| **Copy Transcript Deposition of Mark W. Hyzer Vol: II** | | |
| One Copy E-Transcript (128 Pages) | $2.80 | $358.40 |
| Scanned Exhibits (57 Units) | $0.30 | $17.10 |
| Video Digital Copy with Text Synchronization (6 Hours) | $50.00 | $300.00 |
| | | **$675.50** |
| Federal Express | | $40.00 |
| | | **$40.00** |

| | | |
|---|---|---|
| | Amount Due: | $715.50 |
| | Finance Charge Added After 11/21/2009: | $0.00 |
| | Paid: | $0.00 |
| | **Balance Due:** | **$715.50** |
| | **Payment Due:** | **Upon Receipt** |

Tax ID: 91-1250690. We appreciate your business! Reporter is an independent contractor. Please reference invoice number when remitting payment. We accept VISA, Mastercard, American Express and Discover Cards. Invoices over 30 days will be assessed at 1.5% per month.

10/23/2009

 

**Esquire - Denver**
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (303) 316-0330
Toll Free (800) 866-0208
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ122486

| Invoice Date | Terms |
|---|---|
| 01/26/2010 | NET 30 |



RICHARD TYLER, ESQ.
JONES, WALKER, WAECHTER, POITEVENT, CARRERE &
201 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70170

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/21/2010 | MAINTENANCE ENTERPRISE, INC., ET AL v | 110978 | 01/21/2010 | UPS |

**Description**

Services Provided on 01/21/2010, WILLIAM SCHWARTZKOPF

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.*
*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 103.00 |
| Paid: | $ 0.00 |
| **Balance Due** | **$ 103.00** |
| **Payment Due** | **02/25/2010** |

After 03/12/2010 Pay This Amount:   $ 113.30

Tax Number: 22-3779684

### Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number    Exp. Date

Company: Esquire - Denver
Invoice Number: EQ122486
Invoice Date: 01/26/2010
Balance: $ 103.00
Due Date: 02/25/2010
Late Date: 03/12/2010
Late Amount: $ 113.30

☐ Check Enclosed

Please Make Check Payable to Esquire

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire   PO Box 79509,   City of Industry CA 91716-9509

039  000122486  01262010  5  000010300  4  02252010  03122010  3  000011330  38




**ESQUIRE**
Esquire - Denver
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

an Alexander Gallo Company

Telephone (303) 316-0330
Toll Free (800) 866-0208
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ135471

| Invoice Date | Terms |
|---|---|
| 03/15/2010 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

RICHARD TYLER ,ESQ.
JONES, WALKER, WAECHTER, POITEVENT, CARRERE &
201 SAINT CHARLES AVENUE
NEW ORLEANS, LA 70170

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/23/2010 | MAINTENANCE ENTERPRISE, INC., ET AL v | 121788 | 03/13/2010 | UPS |

**Description**

Services Provided on 02/23/2010, WILLIAM SCHWARTZKOPF

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,784.00 |
| Paid: | $ 0.00 |
| **Balance Due** | $ 1,784.00 |
| **Payment Due** | 04/14/2010 |

After 04/29/2010 Pay This Amount:   $ 1,962.40

Tax Number:  22-3779684

**Method of Payment**

☐ VISA
☐ MasterCard
☐ American Express

Company: Esquire - Denver
Invoice Number: EQ135471
Invoice Date: 03/15/2010
Balance: $ 1,784.00
Due Date: 04/14/2010
Late Date: 04/29/2010
Late Amount: $ 1,962.40

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

Credit Card Number                    Exp. Date

☐ Check Enclosed
Please Make Check Payable to Esquire

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 79509,    City of Industry CA 91716-9509

039  000135471  03152010  6  000178400  8  04142010  04292010  4  000196240  20

Koetting Media Ltd / ABLE LEGAL MEDIA
2826 County Fair Lane
Fort Collins, CO 80528

# Invoice

Accounts Payable
JONES WALKER
201 St Charles Ave - 51st Floor
New Orleans LA 70170

| Date | Invoice No. |
|---|---|
| 12/09/09 | 090826rw |

| Ship Via | Due Date |
|---|---|
| FedEx COD | 12/10/09 |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
|  | DEPO/Setting | Video Deposition Coverage - 1st 3 Hours | 300.00 | 300.00 |
| 5 | DEPO/Addl | Video Deposition Coverage - Additional Hrs | 70.00 | 350.00 |
| 1.5 | DEPO / Addl+ | Video Deposition Coverage - Additional Hours after 5pm | 85.00 | 127.50 |
|  |  | Richard Winegar at Hathaway + Kunz / Cheyenne   8/26/09 : 9a-6.30p |  |  |
|  |  | Video disc to Richard Tyler |  |  |
|  |  | Maintenance Enterprises v. Dyno Nobel : 08 CV 170B |  |  |

Please make your check payable to ABLE LEGAL MEDIA. Tax ID: 84-1474712, a Colorado Corporation

| Total | $777.50 |
|---|---|



# Wyoming Reporting Service, Inc.

P.O. Box 165
Cheyenne, WY 82003
(307) 635-4424  Fax: (307) 632-4943

Employer I.D. No. 830210241

| Invoice Date: |
|---|
| 8/31/2009 |

| Invoice No. |
|---|
| 26154 |

To:

**Mr Michael C Drew**
Jones, Walker, Waechter, Poitevent, Carrere & Denegre L.L.P.
201 St. Charles Avenue
51st Floor
New Orleans, LA  701705100

RE: Maintenance Enterprises vs. Dyno Nobel
Deposed: Richard L. Winegar, Rough Draft
Deposition Date: 8/26/2009     Case No. 08-CV-170B
Taken By: Court Reporter

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| RD | Unedited E-Transcript Rush | 196 | 1.25 | 245.00 |
| Notes: | | | | |
| | | | Total: | 245.00 |

| | TOTAL BALANCE DUE: | 245.00 |
|---|---|---|



**Wyoming Reporting Service, Inc.**
*P.O. Box 165*
*Cheyenne, WY 82003*
*(307) 635-4424  Fax: (307) 632-4943*

Employer I.D. No. 830210241

| Invoice Date: |
|---|
| 9/10/2009 |

| Invoice No. |
|---|
| 26179 |

To:
Mr Michael C Drew
Jones, Walker, Waechter, Poitevent, Carrere & Denegre L.L.P.
201 St. Charles Avenue
51st Floor
New Orleans, LA  701705100

**RE:** Maintenance Enterprises vs. Dyno Nobel
**Deposed:** Richard L. Winegar
**Deposition Date:** 8/26/2009   **Case No.** 08-CV-170B
**Taken By:** Court Reporter

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| O | Original and One Copy | 195 | 3.30 | 643.50 |
| AFF | Appearance Fee - Full Day | 1 | 110.00 | 110.00 |
| AFHE | Appearance Fee - Hourly - Evening | 2 | 60.00 | 120.00 |
| E | Copy of Exhibits | 405 | 0.35 | 141.75 |
| Notes: | Attorney: Mr. Richard Tyler | | | |

**Total:** 1,015.25

**TOTAL BALANCE DUE:** 1,015.25