# *EXHIBIT C*

| | Crown Enterprises, Inc. | | | | | | | EMPLOYEE EXPENSE FORM | |
|---|---|---|---|---|---|---|---|---|---|

Employee Name: Max Churchill III                                      Period Ending: 9/29/10 to 10/8/10

| | Date | Vendor | Description | Job # | Coding | Fleet Fueling Charges | Visa Charges | Master Card Charges | AM EX Charges | Employee Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/29/2010 | Southwest Airlines | Travel | 7130 | | | | | 208.20 | |
| 2 | 9/29/2010 | Toll E-470, Denver, Colorado | Travel | 7130 | | | | | | 5.00 |
| 3 | 9/29/2010 | Carls Jr, Denver, Colorado | Food | 7146 | | | | | 8.42 | |
| 4 | 9/29/2010 | Walmart, Cheyenne, Wy | Food | 7146 | | | | | | 41.34 |
| 5 | 10/2/2010 | Jimmy John's, Cheyenne, Wy | Food | 7146 | | | | | 30.22 | |
| 6 | 10/8/2010 | Candlewood, Cheyenne, Wy | Lodging | 7134 | | | | | 791.91 | |
| 7 | 10/8/2010 | Toll E-470, Denver, Colorado | Travel | 7130 | | | | | | 5.00 |
| 8 | 10/8/2010 | Conoco, Denver, Colorado | Fuel | 7090 | | | | | 35.50 | |
| 9 | 10/8/2010 | Enterprise Rental Car | Travel | 7130 | | | | | 347.60 | |
| 10 | 10/8/2010 | Southwest Airlines | Travel | 7130 | | | | | 209.70 | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| | | | | | Totals | $0.00 | $0.00 | $0.00 | $1,631.55 | $51.34 |

7065 - Car Rental          7135 - Job Materials
7090 - Fuel                7150 - Office Supplies
7091 - Diesel              7210 - Postage
7093 - Oil                 7430 - Misc
7180 - Car Repair          7146 - Food
7242 - Equip Repair        7134 - Lodging
7253 - Safety Supplies     7130 - Travel
7257 - Small Tools
7258 - Repair Tools
7320 - Tires

Employee Signature & Date

Name of Employee   M + N. Churchill   10/14/10

Comments:

Checked By:

Approved By:

Check #

- We Were Unable to Book Your Car.

But, don't worry. You can book your car separately. (SW101101)



# Thank you for your purchase!

Air Confirmation:   X2W7SW

## Houston, TX to Denver, CO (09/29/2010)

| Air | Car |
|---|---|
| **Conf # X2W7SW** | We were unable to book your car. Please book your car separately. |
| **Air Total**   $208.20 | |

**Hotel**

Shop over 40,000 hotels
Browse hotels

|  |  |
|---|---|
| **Total Paid Now** | **$208.20** |
| **Trip Total** | **$208.20** |

### Air

| Passenger Type | Name | Confirmation Number | Rapid Rewards Number |
|---|---|---|---|
| ADULT | MAX CHURCHILL III | X2W7SW | - None Entered - |

**ITINERARY**

| DEPART 29 | Houston, TX to Denver, CO<br>Wednesday, September 29, 2010<br>Travel Time 2 h 25 m<br>(Nonstop)<br>Add EarlyBird Check-In | #1525 | Depart Houston (Hobby), TX (HOU)<br>Arrive in Denver, CO (DEN) | 2:50 PM<br>4:15 PM |

**PRICE**

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Govt. Taxes and Fees | Quantity | Total |
|---|---|---|---|---|---|---|---|
| Adult | Depart | HOU-DEN | Wanna Get Away | $185.12 | $23.08 | 1 | $208.20 |

Please read the fare rules associated with this purchase.

Effective January 28, 2011, unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket.

|  |  |  |  | $185.12 | $23.08 | 1 | $208.20 |

|  | **Total** | **$208.20** |
|---|---|---|

Car   We were unable to book your car. We're sorry for the inconvenience, please book your car separately.

## Billing

| Purchaser Name | Billing Address | | |
|---|---|---|---|
| Max Churchill | P O Box 120 52410 Clark Road White Castle, LA 70788 | | |
| Form of Payment | | Amount Applied | |
| American Express - XXXXXXXXXXXX-1113 | | | $208.20 |
| | | **Total Paid Now** | **$208.20** |
| | | **Trip Total** | **$208.20** |

From: Southwest Airlines (SouthwestAirlines@luv.southwest.com)
To:
Date: Thu, October 7, 2010 2:15:13 PM
Cc:
Subject: Ticketless Confirmation - CHURCHILL/MAX - XM2IUH



# SOUTHWEST.COM

**CHURCHILL/MAX**     Confirmation Date: 10/07/10    Confirmation Number: XM2IUH

| Passenger(s) | Account Number | Ticket # | Expiration[1] |
|---|---|---|---|
| CHURCHILL/MAX | 00000586214893 | 5262129862337 | 10/07/11 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

**Depart:** DENVER CO to HOUSTON HOBBY   ( Travel Time: 2 hrs 20 mins )

| Date | Flight | Flight Information |
|---|---|---|
| Fri Oct 08 | 1453 | Depart DENVER CO (DEN) at 11:35 AM<br>Arrive in HOUSTON HOBBY (HOU) at 2:55 PM |

| | |
|---|---|
| Base Fare | $185.12 |
| + Excise Taxes | $13.88 |
| **Advertised Fare** | **$199.00** |
| + Segment Fee | $3.70 |
| + Passenger Facility Charge | $4.50 |
| + Security Fee[2] | $2.50 |
| **Total Payment** | **$209.70** |

Current payment(s)
  10/07/10  Amer Express XXXXXXXXXXX1113 $209.70

[2] Security Fee is the government-imposed September 11th Security Fee.



Get Rewarded
**FREE FLIGHT** after first use of card.
Learn More

Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Effective January 28, 2011, unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any change to this itinerary may result in a fare increase.

**Fare Calculation:**

```
========CUSTOMER COPY========
       **** CHARGE RECEIPT ****
              CARTS JR
       PLEASE LET US KNOW HOW WE DID
Date/Time   : 09/29/10  6:33PM
Merchant    : 479020960999837511
Check Num   : 6377
Server      : 00164/Adriana
Reference   : 115
              CREDIT
Card Name   : CHURCHILL/MAX
Account     : AX/XXXXXXXXXXX1113
Approval    : 585957
Bank Seq    : 0000
Ref         : 115
SubTotal    :              8.42

Total       :              8.42
```

# Walmart

### Save money. Live better.

```
                    Walmart
              MANAGER WESLEY LANE
ST# 1315 OP# 00007838 TE# 07 TR# 08970
MC PORK CHOP 002113150635 F    1.98 O
KIWI         000000004030KF
    4 AT  1 FOR   0.33          1.32 N
SPINACH      002000000086 F     1.52 O
BROC W/CHESE 002000000180 F     1.52 O
MC CKN ALFRD 002113150567 F     1.98 O
CNVNC BACON  004470001984 F     3.28 O
PEPJK SLC    004610000122 F     2.54 O
SAUS OMELET  007790032088 F     2.78 O
BREAD        007313000132 F     2.78 O
HALF  HALF   060538818716 F     1.68 O
LOL WHP BTR  003450019410 F     2.00 O
FRT COCKTAIL 002400013211 F     1.23 O
4850001904   004850001904 F     1.34 O
MARMALADE    005150004006 F     2.56 O
FLTLS LEMON  001750020708       0.97 X
ITAL MTBL SP 004119641932 F     1.50 O
CHK/VEG SOUP 004119640484 F     1.50 O
BEEF RAVIOLI 006414404315 F     0.88 N
JIF NAT PB   005150024301 F     2.22 N
CHEETOS      002840008399 F     2.48 N
LG 6 AA EGG  004461908017 F     0.59 O
ARROWHEAD    007114201205 F     2.63 N
               SUBTOTAL        41.28
     TAX 1  6.000 %             0.06
                   TOTAL       41.34
                AMEX TEND      41.34

ACCOUNT # 1003
APPROVAL # 584826
             CHANGE DUE         0.00

      # ITEMS SOLD 25

TC# 5735 4405 2181 7394 339
```



```
Protect your family this flu season
Learn more @ walmart.com/flushots
```

# Walmart
### Pharmacy
```
THANK YOU FOR SHOPPING WITH US
    09/29/10     21:30:48

        ***CUSTOMER COPY***
```

```
         Cash & Carry

       Jimmy John's #1262
        11 East Lincoln Way
          (307)635-2820

10/02/10 Chk#90     Open 01:19PM
Tkr 0   Reg# 2    01:19PM

    #11 Country Club            5.25
        NO tomatoes
        NO mayo
    #5 Vito                     4.25
       ..WHEAT                  0.50
    #12 Beach Club              5.25
        NO mayo
       ..WHEAT
    #5 Vito                     4.25
    #12 Beach Club              5.25
       ..UNWICH

    Jimmy Regular Chip          0.94
    Jimmy Regular Chip          0.94
    Jimmy Regular Chip          0.94
    Jimmy Regular Chip          0.94

            Subtotal           28.51
        Sales Tax (6%)          1.71
                             ========
               Total           30.22

Tendered 30.22  CredCard


              Chk#   90
```



10-08-10

| | | |
|---|---|---|
| **Max Churchill** | Folio No. : 14058 | Room No. : 301 |
| | A/R Number : | Arrival : 09-29-10 |
| Houston, TX 77025 | Group Code : | Departure : 10-08-10 |
| US | Company : Hirst & Applegate | Conf. No. : 68730697 |
| | Membership No. : PC    809356058 | Rate Code : IYEXT |
| | Invoice No. : | Page No. : 1 of 2 |

| Date | Description | Charges | Credits |
|---|---|---:|---:|
| 09-29-10 | *Accommodation | 79.99 | |
| 09-29-10 | State Tax | 4.80 | |
| 09-29-10 | Lodging Tax | 3.20 | |
| 09-30-10 | *Accommodation | 79.99 | |
| 09-30-10 | State Tax | 4.80 | |
| 09-30-10 | Lodging Tax | 3.20 | |
| 10-01-10 | *Accommodation | 79.99 | |
| 10-01-10 | State Tax | 4.80 | |
| 10-01-10 | Lodging Tax | 3.20 | |
| 10-02-10 | *Accommodation | 79.99 | |
| 10-02-10 | State Tax | 4.80 | |
| 10-02-10 | Lodging Tax | 3.20 | |
| 10-03-10 | American Express       XXXXXXXXXXX1113 | | 351.96 |
| 10-03-10 | *Accommodation | 79.99 | |
| 10-03-10 | State Tax | 4.80 | |
| 10-03-10 | Lodging Tax | 3.20 | |
| 10-04-10 | *Accommodation | 79.99 | |
| 10-04-10 | State Tax | 4.80 | |
| 10-04-10 | Lodging Tax | 3.20 | |
| 10-05-10 | *Accommodation | 79.99 | |
| 10-05-10 | State Tax | 4.80 | |
| 10-05-10 | Lodging Tax | 3.20 | |
| 10-06-10 | *Accommodation | 79.99 | |
| 10-06-10 | State Tax | 4.80 | |
| 10-06-10 | Lodging Tax | 3.20 | |

Candlewood Suites Cheyenne
2335 Tura Parkway
Cheyenne, WY 82001
Telephone: (307) 634-6622 Fax: (307) 634-2919



10-08-10

| **Max Churchill** | Folio No. | : | 14058 | Room No. | : | 301 |
| | A/R Number | : | | Arrival | : | 09-29-10 |
| Houston, TX 77025 | Group Code | : | | Departure | : | 10-08-10 |
| US | Company | : | Hirst & Applegate | Conf. No. | : | 68730697 |
| | Membership No. | : | PC    809356058 | Rate Code | : | IYEXT |
| | Invoice No. | : | | Page No. | : | 2 of 2 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-07-10 | *Accommodation | 79.99 | |
| 10-07-10 | State Tax | 4.80 | |
| 10-07-10 | Lodging Tax | 3.20 | |
| 10-08-10 | American Express   XXXXXXXXXX1113 | | 439.95 |

Thank you for staying at Candlewood Suites Cheyenne. Qualifying points for this stay will automatically be credited to your account. To make additional reservations online, update your account information or view your statement please visit www.priorityclub.com. We look forward to welcoming you back soon.

| | | |
|---|---|---|
| **Total** | 791.91 | 791.91 |
| **Balance** | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Candlewood Suites Cheyenne
2335 Tura Parkway
Cheyenne, WY 82001
Telephone: (307) 634-6622 Fax: (307) 634-2919



```
            ENTERPRISE

RA 111006628         Inv 0
Rental  29-SEP-2010 05:12 PM
ER DENVER INTL ARPT 12E1
Return  08-OCT-2010 10:32 AM
ER DENVER INTL ARPT 12E1

MAX CHURCHILL
Vehicle # AC156318
Model      GCHE LAR2    Class Charged SCAR
Class Driven SRAR       State/Province TX
License# BH2R189
M/Kms Driven    266
M/Kms Out      23911
M/Kms In       24177

Billing Ref 16363812260
Charges      No Unit    Price    Amount
T & M        1 Week    132.80    132.80*
EX T & M     2 Days     25.47     50.94*
UNLIM M/KM   0 M/Kms               0.00*
CAR CLS CH   9 Days      5.00     45.00*
                                  18.00
FACILITY USE FEE                  14.40*
CONCESSION RECOUP FEE             27.64*
 @13.350 %                        38.82

Total Charges                 USD 347.60

Deposit      AMEX 1113

Amount Due                    USD 347.60

* Taxable Items
Subject to Audit
For Reservatons: 1-800-RENT-A-CAR
```

```
CONOCO/CIRCLE K #05940
7680 PENA BLVD
DENVER, CO 8024900000

SITE:            6546
DATE:         10-08-10
TIME:            10:28
TRACE:            2486

DEALER# 10081933
AMEX                ACCT#
XXXXXXXXXXXX1113
7GBG9DD9SP8
56/PD
INV#  102832
REF#921 85-009
AUTH# 00-525925
SELF
CARD AMT $     35.50

THANK YOU

PUMP:                1
PROD:         UNLEAD
PRICE/GAL:    $2.959
NET/GAL:      $2.959
QUANTITY: 11.996GAL
FUEL TOTAL:  $35.50
NET TOTAL:   $35.50

Complete a Survey at
WWW.GASVISIT.COM
AND WIN FREE GAS!
```

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

MAINTENANCE ENTERPRISES, INC., AND IMTC, INC.,

V.

DYNO NOBEL, INC.,

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:[1] 08-CV-170J

TO: DOUGLAS E. CHANDLER,   Cheyenne, WY 82009

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Courthouse<br>2120 Capitol Avenue<br>Cheyenne, WY 82001 | Johnson |
| | DATE AND TIME |
| | Monday, 4 October 2010, 1:30 p.m. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6)

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]   Attorney for Plaintiff | 23 August 2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Robert C. Jarosh, Hirst Applegate, LLP, 1720 Carey Avenue, Suite 200, Cheyenne, WY 82001, (307) 632-0541

(See Rule 45, Federal Rule of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

Date: 11/01/2010            **Detail Cost Task Code Billing Report**            Page: 6
HIRST APPLEGATE, LLP

| Client | Trans Date | Tmkr | H P | Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Activity ID E111 Meals**

| | | | | | | | JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | |
|---|---|---|---|---|---|---|---|---|
| 80170.00 | 10/21/2010 | 8 | P | L450 | E111 | | 52.99 Meals - KFC (re: Trial) | 90 |
| | | | | | | | JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | |
| 80170.00 | 10/22/2010 | 8 | P | L450 | E111 | | 113.03 Meals - Two Doors Down (re: Trial) | 91 |
| | | | | | | | JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | |
| 80170.00 | 10/25/2010 | 8 | P | L450 | E111 | | 127.36 Meals - The Egg & I (re: Trial) | 92 |
| | | | | | | | JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | |

**Total for Activity ID E111**      Billable      1,308.82 Meals

**Activity ID E112 Court fees**

| 80170.00 | 10/21/2010 | 8 | P | L210 | E112 | | 100.00 Court fees - US District Court Clerk (pro hac vice admission of Carla T. Ashley in 08-CV-170J) | 89 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | |

**Total for Activity ID E112**      Billable      100.00 Court fees

**Activity ID E113 Subpoena fees**

| 80170.00 | 08/07/2008 | 8 | A | L210 | E113 | | 60.00 Subpoena fees - Sargent Investigations | ARCH |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Service 7/22/08 $30 | |
| | | | | | | | Service 7/22/08 $30 | |
| | | | | | | | JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | |
| 80170.00 | 08/23/2010 | 8 | A | L440 | E113 | | 110.00 Subpoena fees - Front Range legal process Service, LLC | ARCH |
| | | | | | | | JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | |
| 80170.00 | 08/31/2010 | 8 | A | L210 | E113 | | 88.80 Subpoena fees - Sargent Investigaitons and Civil Service | ARCH |
| | | | | | | | JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | |

**Total for Activity ID E113**      Billable      258.80 Subpoena fees

**Activity ID E114 Witness fees**

| 80170.00 | 08/23/2010 | 8 | A | L440 | E114 | | 40.00 Witness fees - Paul J. Khouri | ARCH |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | |
| 80170.00 | 08/23/2010 | 8 | A | L440 | E114 | | 40.00 Witness fees - Douglas E. Chandler | ARCH |
| | | | | | | | JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | |
| 80170.00 | 08/23/2010 | 8 | A | L440 | E114 | | 40.00 Witness fees - James A. Dibble, Jr. | ARCH |
| | | | | | | | JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | |
| 80170.00 | 08/23/2010 | 8 | A | L440 | E114 | | 40.00 Witness fees - Kristie Widrig | ARCH |
| | | | | | | | JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | |

**Total for Activity ID E114**      Billable      160.00 Witness fees

**Activity ID E124 Other**

| 80170.00 | 06/30/2008 | 8 | A | L210 | E124 | | 350.00 FILING COMPLAINT - United States District Court Clerk | ARCH |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | |
| 80170.00 | 07/21/2008 | 8 | A | L210 | E124 | | 218.00 Other - Filing Fee - Laramie County Clerk | ARCH |
| | | | | | | | JONES WALKER WAECHTER POITEVENT | |

tinerary 134162449543     http://www.expedia.com/pub/agent.dll?qscr=open&itid=341624495&vwtp=4

 Print this page    Back to itinerary page

# Denver, CO 

## Booked items

Although this itinerary doesn't qualify for ThankYou Points, you can still earn points if you add a hotel booking today or any time before you travel.

Learn more about how to earn points for future bookings.

### Flight: Wichita Falls to Denver     back to top

Expedia itinerary number: **134162449543**     Main contact: GREGORY S OGLETREE
Airline ticket number(s): Check back in 24 hours     E-mail:
American Airlines confirmation code: IMNYXH     Cell phone: 1
    Work phone: 1

### Traveler and cost summary

| | | | |
|---|---|---|---|
| GREGORY OGLETREE | Adult | American Airlines #63UJ628 | $328.00 |
| | | Taxes & Fees | $35.40 |
| | | Total (American Express) | **$363.40** |

Change this flight    View cancellation information

### Flight summary

Seat assignments, meal preferences, and special requests must be confirmed with the airline; we cannot guarantee that they will be honored. Free and special meals are not available on many flights.

#### Traveling to Denver
**Mon 4-Oct-10**

| | | | |
|---|---|---|---|
| **Wichita Falls** (SPS) Depart 9:50 am | to **Dallas** (DFW) Arrive 10:50 am Terminal B | 113 mi (182 km) Duration: 1hr 0mn | Flight: **4741** Operated by: EXECUTIVE AS AMERICAN EAGLE |

Economy/Coach Class ( 10D ), Food For Purchase, ATR 72

| | | | |
|---|---|---|---|
| **Dallas** (DFW) Depart 12:25 pm | to **Denver** (DEN) Arrive 1:25 pm | 641 mi (1,032 km) Duration: 2hr 0mn | Flight: **2644** |

Economy/Coach Class ( 22A ), Food For Purchase, S80

Total distance: 754 mi (1,213 km)     Total duration: 3hr 0mn (4hr 35mn with connections)

#### Traveling to Wichita Falls
**Fri 15-Oct-10**

| | | | |
|---|---|---|---|
| **Denver** (DEN) Depart 11:10 am | to **Dallas** (DFW) Arrive 2:10 pm | 641 mi (1,032 km) Duration: 2hr 0mn | Flight: **1306** |

Economy/Coach Class ( 18F ), S80

| | | | |
|---|---|---|---|
| **Dallas** (DFW) Depart 3:30 pm Terminal B | to **Wichita Falls** (SPS) Arrive 4:25 pm | 113 mi (182 km) Duration: 0hr 55mn | Flight: **4773** Operated by: EXECUTIVE AS AMERICAN EAGLE |

Economy/Coach Class ( 12A ), Food For Purchase, ATR 72

Total distance: 754 mi (1,213 km)     Total duration: 2hr 55mn (4hr 15mn with connections)

| | |
|---|---|
| From: | American Airlines@aa.com <notify@aa.globalnotifications.com> |
| Sent: | Friday, October 08, 2010 6:50 PM |
| To: | |
| Subject: | E-Ticket Confirmation-IMNYXH  09OCT |



**AmericanAirlines**
AA.com

eTicket Itinerary & Receipt Confirmation

Reservations | Award Booking | My Account | Fare Sales & Offers



Date of Issue: 08OCT10

Gregory Ogletree:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

Record Locator: IMNYXH



You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel      Book a car      Buy trip insurance for as low as $16.50

Record Locator: IMNYXH

### Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| AA | 1218 | DENVER | SAT 09OCT | DALLAS FT WORTH | 2:20 PM | Q |

1

| American Airlines | | | 11:20 AM | | | |
|---|---|---|---|---|---|---|
| | | Gregory S Ogletree | FF#: 63UJ628 | Economy | Seat 19F | |
| American Airlines | | 4773 | DALLAS FT WORTH | SAT 09OCT 3:30 PM | WICHITA FALLS | 4:25 PM | Q |
| | | OPERATED BY EXECUTIVE AS AMERICAN EAGLE | | | | |
| | | Gregory S Ogletree | FF#: 63UJ628 | Economy | Seat 6D | Food For Purchase |

### Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|---|---|---|---|---|
| GREGORY S OGLETREE | 0012361669167 | 305.12 | 58.28 | 363.40 |

**GREGORY S OGLETREE - Additional Fare Collection 150.00**

| ADDITIONAL SERVICES | DATE | CURRENCY | AMOUNT |
|---|---|---|---|
| External Reservation Handling Service | | USD | 25.00 |
| Ticket Change | 08 OCT 10 | USD | 150.00 |

**Payment Type:** Exchange, American Express XXXXXXXXXXX2566

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

A summary of Terms and Conditions of Travel is available by selecting the Conditions of Carriage button below.







We know why you fly
**AmericanAirlines**
AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 19235435644808184808668300

2

