AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING

MAINTENANCE ENTERPRISES, INC., AND IMTC, INC.,

V.

DYNO NOBEL, INC.,

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:[1] 08-CV-170J

TO: **KRISTIE WIDRIG,**          Brighton, CO 80602-7970.

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Courthouse<br>2120 Capitol Avenue<br>Cheyenne, WY 82001 | Johnson |
| | DATE AND TIME<br>**Monday, 4 October 2010, 1:30 p.m.** |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6)

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]*   Attorney for Plaintiff | 23 August 2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Robert C. Jarosh, Hirst Applegate, LLP. 1720 Carey Avenue, Suite 200, Cheyenne, WY 82001. (307) 632-0541

(See Rule 45, Federal Rule of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

## AFFIDAVIT OF SERVICE

# UNITED STATES DISTRICT COURT
## District of Wyoming

Case Number: 08CV170J

*NCQ*     SEP 07 2010

Plaintiff:
**Maintenance Enterprises, Inc., and IMTC, Inc.**
vs.
Defendants:
**Dyno Nobel, Inc.,**

For:
Hirst Applegate, LLP
1720 Carey Ave
Suite 200 P.O. Box 1083
Cheyenne, WY 82003-1083

Received by Front Range Legal Process Service, Inc. to be served on **Kirstie Widrig, Brighton, CO 80602**.

I, Linda Oswald, being duly sworn, depose and say that on the **1st day of September, 2010 at 2:33 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena In A Civil Case; $128.00 Witness Fee** with the date and hour of service endorsed thereon by me, to: **Kirstie Widrig** at the address of: Brighton, CO 80602, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and sworn to before me on the 2nd day of September, 2010 by the affiant who is personally known to me.

_____
Notary public

_Linda Oswald_
Linda Oswald

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2010007360

Copyright © 1992-2010 Database Services, Inc - Process Server's Toolbox V6.4o



Date: 11/01/2010                **Detail Cost Task Code Billing Report**                Page: 6
HIRST APPLEGATE, LLP

| Client | Trans Date | Tmkr | H P | Task Code | Rate | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Activity ID E111 Meals** | | | | | | | | |
| 80170.00 | 10/21/2010 | 8 | P | L450 E111 | | 52.99 | JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL Meals - KFC (re: Trial) | 90 |
| 80170.00 | 10/22/2010 | 8 | P | L450 E111 | | 113.03 | JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL Meals - Two Doors Down (re: Trial) | 91 |
| 80170.00 | 10/25/2010 | 8 | P | L450 E111 | | 127.36 | JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL Meals - The Egg & I (re: Trial) JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | 92 |
| **Total for Activity ID E111** | | | | | Billable | 1,308.82 | Meals | |
| **Activity ID E112 Court fees** | | | | | | | | |
| 80170.00 | 10/21/2010 | 8 | P | L210 E112 | | 100.00 | Court fees - US District Court Clerk (pro hac vice admission of Carla T. Ashley in 08-CV-170J) JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | 89 |
| **Total for Activity ID E112** | | | | | Billable | 100.00 | Court fees | |
| **Activity ID E113 Subpoena fees** | | | | | | | | |
| 80170.00 | 08/07/2008 | 8 | A | L210 E113 | | 60.00 | Subpoena fees - Sargent Investigations Service 7/22/08 $30 Service 7/22/08 $30 JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | ARCH |
| 80170.00 | 08/23/2010 | 8 | A | L440 E113 | | 110.00 | Subpoena fees - Front Range legal process Service, LLC JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | ARCH |
| 80170.00 | 08/31/2010 | 8 | A | L210 E113 | | 88.80 | Subpoena fees - Sargent Investigaitons and Civil Service JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | ARCH |
| **Total for Activity ID E113** | | | | | Billable | 258.80 | Subpoena fees | |
| **Activity ID E114 Witness fees** | | | | | | | | |
| 80170.00 | 08/23/2010 | 8 | A | L440 E114 | | 40.00 | Witness fees - Paul J. Khouri JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | ARCH |
| 80170.00 | 08/23/2010 | 8 | A | L440 E114 | | 40.00 | Witness fees - Douglas E. Chandler JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | ARCH |
| 80170.00 | 08/23/2010 | 8 | A | L440 E114 | | 40.00 | Witness fees - James A. Dibble, Jr. JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | ARCH |
| 80170.00 | 08/23/2010 | 8 | A | L440 E114 | | 40.00 | Witness fees - Kristie Widrig JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | ARCH |
| **Total for Activity ID E114** | | | | | Billable | 160.00 | Witness fees | |
| **Activity ID E124 Other** | | | | | | | | |
| 80170.00 | 06/30/2008 | 8 | A | L210 E124 | | 350.00 | FILING COMPLAINT - United States District Court Clerk JONES WALKER WAECHTER POITEVENT MAINTENANCE ENTERPRISES, DYNO NOBEL | ARCH |
| 80170.00 | 07/21/2008 | 8 | A | L210 E124 | | 218.00 | Other - Filing Fee - Laramie County Clerk JONES WALKER WAECHTER POITEVENT | ARCH |

# W🌐RLDTRAVEL

7645 E. 63rd St. Suite 101
Tulsa, OK. 74133-1208
Phone (918) 743-8856; Fax (918) 747-7480
www.WorldTravelToday.com

Maintenance Enterprises
P.O. Box 120
White Castle LA  70788
Phone: +1 (225) 545-4100
Fax: +1 (225) 545-4141

Sale Invoice No: 3101571
Date Issued: 10/4/2010
Agent: Robin Buchman

| Passenger | | Department | Depart Date | Return Date | Remarks | |
|---|---|---|---|---|---|---|
| Type | Ticket/Conf No | Airline/Vendor | | | Total Fare | |
| From | | To | Flight | A/L | Depart | Arrive |
| Eppinett/Ricky | | | 10/11/2010 | 10/14/2010 | 2010-2749 | |
| Dom. Air | 7923613853 | American Airlines, Inc. | | | 426.40 | |
| BTR Baton Rouge | | DFW Dallas | 3266 | AA | 10/11/2010 10:40:00 AM | 10/11/2010 12:05:00 PM |
| DFW Dallas | | CYS Cheyenne | 2991 | AA | 10/11/2010 12:45:00 PM | 10/11/2010 1:50:00 PM |
| CYS Cheyenne | | DFW Dallas | 2979 | AA | 10/14/2010 6:40:00 AM | 10/14/2010 9:35:00 AM |
| DFW Dallas | | ORD Chicago | 2336 | AA | 10/14/2010 10:25:00 AM | 10/14/2010 12:35:00 PM |

| Payments Applied To This Invoice | | | | |
|---|---|---|---|---|
| AX 37-XXXX-3004 | Received | 10/4/2010 | Pymt For Inv #3101571 | -385.40 |
| AX 37-XXXX-3004 | Received | 10/4/2010 | Pymt For Inv #3101571 | -426.40 |
| AX 37-XXXX-3004 | Received | 10/4/2010 | Pymt For Inv #3101571 | -37.50 |
| | | | | -849.30 |

Invoice Total:   849.30
Payment Total:  -849.30
Balance Due:     0.00

# W🌐RLDTRAVEL

7645 E. 63rd St. Suite 101
Tulsa, OK. 74133-1208
Phone (918) 743-8856; Fax (918) 747-7480
www.WorldTravelToday.com

Maintenance Enterprises
P.O. Box 120
White Castle LA  70788
Phone:  +1 (225) 545-4100
Fax:  +1 (225) 545-4141

Sale Invoice No: 3101361
Date Issued: 10/1/2010
Agent: Ginny Fern

| Passenger Type | Department Ticket/Conf No. | Depart Date Airline/Vendor | Return Date | Remarks Total Fare |
|---|---|---|---|---|
| From | To | Flight | A/L  Depart | Arrive |
| Clifton/Jim L | | 10/1/2010 | | |
| Service Fee | 0527969170 | Service Charge | | 47.50 |
| | | | | |
| Clifton/Jim L | | 10/12/2010 | 10/15/2010 | |
| Dom. Air | 7923613686 | Continental Airlines | | 1,043.90 |
| IAH Houston | DEN Denver | 599 | CO  10/12/2010 2:25:00 PM | 10/12/2010 3:53:00 PM |
| DEN Denver | IAH Houston | 198 | CO  10/15/2010 6:00:00 AM | 10/15/2010 9:19:00 AM |
| | | | | |
| Clifton/Jim L | | 10/12/2010 | 10/15/2010 | Charged To: AX 37-XXXX-1000 |
| Car | 29440926US4PEXP | Avis Rental Car | | 174.00* |
| | | | | |
| Clifton/Jim L | | 10/14/2010 | 10/15/2010 | Charged To: AX 37-XXXX-1000 |
| Hotel | 88801212- | Courtyard Denver Airport | | 179.00* |
| | | 6901 Tower Road | | |
| | | Denver CO 80249 | | |
| | | +1 (303) 371-0300 | | |

| Payments Applied To This Invoice | | | | |
|---|---|---|---|---|
| AX 37-XXXX-1000 | Received | 10/1/2010 | Pymt For Inv #3101361 | -1,043.90 |
| AX 37-XXXX-1000 | Received | 10/1/2010 | Pymt For Inv #3101361 | -47.50 |
| | | | | -1,091.40 |

Invoice Total:    1,091.40
Payment Total:   -1,091.40
Balance Due:         0.00

11/2/2010 4:15:57 PM

Page 1

| | |
|---|---|
| **From:** | ͏m] |
| **Sent:** | Wednesday, November 03, 2010 9:00 AM |
| **To:** | Ross Campesi |
| **Subject:** | FW: Travel Document - Denver 9/26/10 |

Your fare to Denver.

---

From: travelercare@orbitz.com

Subject: Travel Document - Denver 9/26/10
Date: Fri, 24 Sep 2010 15:00:12 -0500



## Your Travel Document

Hello Stacey,

Thanks for traveling with **Orbitz**. This e-mail confirms the ticket number(s) issued for the "**Denver 9/26/10**" trip.

Visit "**My Trips**" to add this reservation to your calendar.

### Ticket Information

**Passenger(s):** ROSS CAMPESI

**American Airlines record locator:** BEWAJF
**Ticket type requested:** electronic (e-ticket)
**Orbitz record locator:** AP120101BEWAJFMI
**Airline ticket number(s):** 0011571980254

**Please note:** American Airlines charges an additional fee for baggage. The fee is not included in your total trip cost. See details

**Sunday, September 26, 2010**
**American Airlines # 1796**

New Orleans Louis Armstrong Int'l (MSY) to Chicago O'Hare International (ORD)
**Departure (MSY):** September 26, 11:20 AM CDT (morning)
**Arrival (ORD):** September 26, 1:45 PM CDT (afternoon)
**Class:** Economy **Seat:** 30D | Your flight is confirmed. Seat is confirmed. You may view/change seats

View the latest airport conditions at: MSY | ORD
**Sunday, September 26, 2010**
**American Airlines # 895**

Chicago O'Hare International (ORD) to Denver International (DEN)
**Departure (ORD):** September 26, 3:45 PM CDT (afternoon)
**Arrival (DEN):** September 26, 5:20 PM MDT (evening)

**Class:** Economy **Seat:** 29F | Your flight is confirmed. Seat is confirmed. You may view/change seats

September 24, 2010

Get E-mail Updates
Sign up now for travel deals, alerts and specials.



### Orbitz Care Alerts
Flight status alerts are set up for the following people.
Stacey Campesi
2259370409@txt.att.net
Text message
Receiving: Departure Alerts, Airport Advisories

**Update alert settings**
Learn more
**New!** Look up your itinerary and flight status on your mobile phone at mobile.orbitz.com.
Learn more
### Great rates
Click for car rates in **Denver**

 Add a car 

 Add Airline Ticket Protector 
(provided by Access America)

This booking is subject to our Privacy Policy and our Terms and Conditions.

1

View the latest airport conditions at: ORD | DEN
**Have your travel plans changed?** Many tickets can be exchanged or canceled online by visiting "My trips" and clicking the Change/cancel airline ticket option.

## Cost and billing summary

### Booking Confirmation

**Total airfare:** $397.40USD (including taxes)

**Price Assurance:** Get a cash refund if another customer books the same flight at a lower price. How it works

Please note that your fare may carry restrictions. Changes to your itinerary may result in additional fees. Review the fare rules in "**My Trips**" to learn more.

Important notice related to ticket **terms and conditions**.

### Billing Information
**Credit card holder's name:**
**Credit card type:** American Express
**Credit card number:** xxxxxxxxxxx2025

**Address:**


United States

**E-mail:** '

## At the airport

### At the airport
Enjoy a hassle-free airport experience with these travel tips from Orbitz Care:

-- Remember to print a copy of this e-mail and bring it with you to the airport. Your itinerary and ticket numbers may be required for check-in and/or Immigration.

-- Remember to bring a valid government-issued photo ID to the airport. Check specific visa and passport requirements.
-- Obtain your boarding pass before entering the security checkpoint. See more check-in tips

-- Plan ahead and arrive early for airport security. Please review these updated security and packing guidelines, as they may change periodically.

Check-in Information
Because you're traveling with an e-ticket, no ticket will be mailed to you.

## Schedule Changes

### Schedule Changes

You may receive an e-mail from Orbitz if a schedule change occurs prior to or during your trip. Such changes also will be noted in "**My Trips**". We recommend you check there periodically before your trip.

If there are changes to the flight(s), bring a printout with the updated itinerary and ticket number(s) to the airport. We will send you an e-mail 2-3 days before departure.

Lastly, you can always look up your reservation under "**My Trips**" or on your mobile phone at mobile.orbitz.com. If you have any questions, you can e-mail

**From:**
**Sent:** Wednesday, November 03, 2010 9:01 AM
**To:** Ross Campesi
**Subject:** FW: Travel Document - New Orleans 10/27/10

Your origianl fare home to New Orleans.

---

From: travelercare@orbitz.com
To:
Subject: Travel Document - New Orleans 10/27/10
Date: Tue, 12 Oct 2010 09:56:07 -0500



## Your Travel Document

Hello Stacey,                                              October 12, 2010

Thanks for traveling with Orbitz. This e-mail confirms the ticket number(s) issued for the "**New Orleans 10/27/10**" trip.

Get E-mail Updates
Sign up now for travel deals, alerts and specials.

Visit "**My Trips**" to add this reservation to your calendar.



### Ticket Information

**Passenger(s):** ROSS CAMPESI

**US Airways record locator:** FE2HGF
**Ticket type requested:** electronic (e-ticket)
**Orbitz record locator:** AP800101FE2HGFPA
**Airline ticket number(s):** 03777559647083

**Orbitz Care Alerts**
Flight status alerts are set up for the following people.
Stacey Campesi
2259370409@txt.att.net
Text message
Receiving: Departure Alerts , Airport Advisories

**Please note:** At least one airline in this trip charges an additional fee for baggage. This fee is not included in your total trip cost. See details

Update alert settings
Learn more
New! Look up your itinerary and flight status on your mobile phone at mobile.orbitz.com.
Learn more

**Wednesday, October 27, 2010**
US Airways # 6192 Operated by: US6192 OPS AS UA UNITED AIRLINES
DENMSY - Please check in with the operating carrier

Denver International (DEN) to New Orleans Louis Armstrong Int'l (MSY)
**Departure (DEN):** October 27, 10:25 AM MDT (morning)
**Arrival (MSY):** October 27, 1:59 PM CDT (afternoon)

**Great rates**
Click for car rates in **New Orleans**

 Add a car 

**Class:** Economy **Seat:** 32B | Your flight is confirmed. Seat is confirmed. You may view/change seats

Add Airline Ticket Protector 
(provided by Access America)

View the latest airport conditions at: DEN | MSY
**Have your travel plans changed?** Many tickets can be exchanged or canceled online by visiting "My trips" and clicking the Change/cancel airline ticket option.

This booking is subject to our Privacy Policy and our Terms and Conditions.

### Cost and billing summary

1

Booking Confirmation

**Total airfare:** $147.70USD (including taxes)

**Price Assurance:** Get a cash refund if another customer books the same flight at a lower price. How it works

Please note that your fare may carry restrictions. Changes to your itinerary may result in additional fees. Review the fare rules in "**My Trips**" to learn more.

Important notice related to ticket **terms and conditions**.

Billing Information
**Credit card holder's name:**
**Credit card type:** American Express
**Credit card number:** xxxxxxxxxxx2025

**Address:**


United States

**E-mail:**


## At the airport

At the airport
Enjoy a hassle-free airport experience with these travel tips from Orbitz Care:

-- Remember to print a copy of this e-mail and bring it with you to the airport. Your itinerary and ticket numbers may be required for check-in and/or Immigration.

-- Remember to bring a valid government-issued photo ID to the airport. Check specific visa and passport requirements.
-- Obtain your boarding pass before entering the security checkpoint. See more check-in tips

-- Plan ahead and arrive early for airport security. Please review these updated security and packing guidelines, as they may change periodically.

Check-in Information
Because you're traveling with an e-ticket, no ticket will be mailed to you.


## Schedule Changes

Schedule Changes

You may receive an e-mail from Orbitz if a schedule change occurs prior to or during your trip. Such changes also will be noted in "**My Trips**". We recommend you check there periodically before your trip.

If there are changes to the flight(s), bring a printout with the updated itinerary and ticket number(s) to the airport. We will send you an e-mail 2-3 days before departure.

Lastly, you can always look up your reservation under "**My Trips**" or on your mobile phone at mobile.orbitz.com. If you have any questions, you can e-mail us.


## Hotel Information
No hotel selected

**Why Book on Orbtiz?**  Price Assurance + Low Price Guarantee + No Orbitz hotel change or cancel fees 

| | |
|---|---|
| From: | reservations@email-usairways.com |
| Sent: | Saturday, October 09, 2010 8:09 PM |
| To: | |
| Subject: | Your US Airways flight |



US AIRWAYS                                                    Your reservation

Book travel    Travel tools    Dividend Miles    Specials    US Airways Vacations

**Confirmation code: EFHYLS**
Date Issued: Saturday, October 09, 2010

- New baggage policy

Scan at any US Airways kiosk to check in.

**Passengers**

| Passenger name | Frequent flyer # (Airline) | Ticket number | Special needs |
|---|---|---|---|
| Michael Francis Donofrio | 9465002 (US) | 03724057602694 | |

AVIS — UP TO 25% OFF plus earn up to 750 bonus miles

**Trip details**   Download to Outlook

Depart: Philadelphia, PA (PHL) → Denver, CO (DEN)
Date: Tuesday, October 12, 2010
Status: Active

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 1553 | 10:10 AM PHL | 12:24 PM DEN | 4h 14m | In-flight Café | A320 | Coach | 10A |

US Airways

Give yourself peace of mind with Trip Insurance ▸

Book your car rental with US & drive away with more miles ▸

We'll get you there, now get a hotel room with US ▸

1

| Total travel cost (1 passengers) | | |
|---|---|---|
| 1 Adult | $278.14 | |
| Taxes + fees | $31.56 | |
| | | |
| Fare total | $309.70 | Non-refundable |
| | | |
| Total | $309.70 | |

Charged to Michael F Donofrio
\*\*\*\*\*\*\*\*\*\*\*\*5119 (Visa)

**Helpful links**

Manage your reservation

Join Dividend Miles

Airport Information

Baggage policies

TSA regulations

Seated in an exit row? Read about checking in.

Score up to

Get up to
35,000 bonus miles
with qualifying transactions

**Terms & conditions**

- Ticket is non-transferable.
- Ticket is non-refundable.
- Unused tickets must be cancelled on the date of departure to retain value.
- Any change to this reservation, including flights, dates, or cities, is subject to a fee per passenger (according to the rules of the original fare). The new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase.
- Ticket expires one year from original date of issue. Unflown value expires one year from original date of issue.
- Checked baggage fees may apply.
- Air transportation on US Airways is subject to the US Airways Contract of Carriage. View this document in PDF format.
- Security regulations may require us to disclose to government agencies the data you provide to us in connection with this reservation.
- Changes to the country of origin are not permitted, except for changes between the United States and U.S. territories.
- Send US your compliments and/or complaints.

US Airways, 111 W Rio Salado Pkwy, Tempe, AZ 85281 | Copyright US Airways 1996 - 2010. All rights reserved

We are committed to protecting your privacy. Your information is kept private and confidential. For information about our privacy policy visit usairways.com. Please do not reply to this email, it is not monitored. If you'd like to contact us, please visit our website.

2

| From: | UNITED-CONFIRMATION@UNITED.COM |
|---|---|
| Sent: | Saturday, October 09, 2010 8:20 PM |
| To: | |
| Subject: | Your United flight confirmation - October 15, 2010 - Denver to Philadelphia |

# UNITED

**United**
Confirmation # XTZGM4

> Print reservation
> View itinerary
> EasyCheck-in Online

## Flight info

Fri, Oct 15, 2010 Denver, CO (DEN) - Philadelphia, PA (PHL)

| Flight | Depart | Arrive | Cabin | Seats |
|---|---|---|---|---|
| United 0340 | DEN 05:20 PM Fri, Oct 15, 2010 | PHL 10:55 PM Fri, Oct 15, 2010 | Economy (Q) | 09F Economy Plus |

Equipment: Airbus A319 | Duration:3h 35m | Non-stop | Fare code: QA0KY
Traveled miles:1557 | Award miles:1,557 | Food for Purchase

### Check-in Information
Please note that valid, government-issued photo identification must be presented at check-in.

### Review

| Name | Frequent flyer | Ticket | Fare(s) | Additional taxes and fees | Fare subtotal(s) |
|---|---|---|---|---|---|
| MICHAEL DONOFRIO | 00081473366 | 0162114726945 | 370.00USD | 10.70 USD | 380.70 USD |

Secure Flight data complete Review
Please review the fare rules for this itinerary.

Fare total: 380.70 USD

### Travel Options
Each Travel Options product will be charged separately.

| Product | Credit card: | Receipt | Price |
|---|---|---|---|
| Economy Plus® | Visa xxxxxxxxxxxx7123 | 0164063603858 | 44.00 USD |

Travel Options total: 44.00 USD

**Total price for itinerary**
**Grand total: 424.70 USD**

### Billing / Delivery information
MICHAEL F DONOFRIO
128 REGENCY DRIVE AUDUBON PA 19403 USA

### Book your hotel

| Location | Dates of stay | Hotel | Rating | Price | |
|---|---|---|---|---|---|
| Philadelphia | 10/15-10/16 | Sheraton Suites Philadelphia Airport | ★★★★ | As low as USD149.00 per night | Book now |
| Philadelphia | 10/15-10/16 | Omni Hotel Independence Park | ★★★★★ | As low as USD224.10 per night | Book now |
| Philadelphia | 10/15-10/16 | The Westin Philadelphia | ★★★★ | As low as USD239.00 per night | Book now |

More hotels

## Reserve your car with the United discount



- Save up to 20% with the United discount and earn up to 500 miles
- Additional savings on the weekends and rentals of 5 or more days
- Plus, earn a **1,000 mile** booking bonus Reserve now

1

**From:** reservations@email-usairways.com
**Sent:** Monday, October 18, 2010 9:05 AM
**To:**
**Subject:** Your US Airways flight

# US AIRWAYS                                          Your reservation



Book travel | Travel tools | Dividend Miles | Specials | US Airways Vacations

## Confirmation code: B6X7QH
Date Issued: Monday, October 18, 2010

- New baggage policy

Scan at any US Airways kiosk to check in.

### Passengers

| Passenger name | Frequent flyer # (Airline) | Ticket number | Special needs |
|---|---|---|---|
| Michael Francis Donofrio | 9465002 (US) | 03724067044224 | |



AVIS UP TO 25% OFF plus earn up to 750 bonus miles

### Trip details  Download to Outlook

**Depart:** Philadelphia, PA (PHL) → Denver, CO (DEN)    **Date:** Tuesday, October 19, 2010
                                                        **Status:** Active

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 1553 | 10:10 AM PHL | 12:24 PM DEN | 4h 14m | In-flight Café | A320 | Coach | 5D |

**Return:** Denver, CO (DEN) → Philadelphia, PA (PHL)    **Date:** Saturday, October 23, 2010
                                                         **Status:** Active

1

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 482 | 11:15 AM DEN | 04:51 PM PHL | 3h 36m | In-flight Café | A321 | Coach | 9D |

US Airways

Wi-FI on board ($)
Provided by Gogo™ Inflight Internet





**Total travel cost (1 passengers)**

| | |
|---|---|
| 1 Adult | $574.88 |
| Taxes + fees | $64.52 |

**Fare total**  $639.40  Refundable

**Total**  $639.40

**Helpful links**

Manage your reservation

Join Dividend Miles

Airport information

Baggage policies

TSA regulations

Seated in an exit row? Read about checking in.

↳ Charged to Michael F Donofrio
\*\*\*\*\*\*\*\*\*\*\*5119 (Visa)




## Terms & conditions

- Ticket is non-transferable.
- Ticket is refundable.
- Changes can be made to this reservation without penalty. The new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase.
- Ticket expires one year from original date of issue. Unflown value expires one year from original date of issue.
- Checked baggage fees may apply.
- Air transportation on US Airways is subject to the US Airways Contract of Carriage. View this document in PDF format.
- Security regulations may require us to disclose to government agencies the data you provide to us in connection with this reservation.
- Changes to the country of origin are not permitted, except for changes between the United States and U.S.

# W🌐RLDTRAVEL

7645 E. 63rd St. Suite 101
Tulsa, OK. 74133-1208
Phone (918) 743-8856; Fax (918) 747-7480
www.WorldTravelToday.com

Maintenance Enterprises
P.O. Box 120
White Castle LA  70788
Phone:  +1 (225) 545-4100
Fax:  +1 (225) 545-4141

Sale Invoice No: 3100324
Date Issued: 9/24/2010
Agent: Ginny Fern

| Passenger | | Department | Depart Date | Return Date | Remarks | |
| Type | Ticket/Conf No | Airline/Vendor | | | Total Fare | |
| From | | To | Flight | A/L  Depart | | Arrive |
|---|---|---|---|---|---|---|
| Campesi/Jr Ross J | | | 9/24/2010 | | | |
| Service Fee | 0527759402 | Service Charge | | | 37.50 | |
| Campesi Jr/Ross J | | | 9/30/2010 | 10/27/2010 | | |
| Dom. Air | 7923612858 | United Airlines | | | 419.40 | |
| MSY New Orleans | | DEN Denver | 561 | UA  9/30/2010 8:12:00 AM | | 9/30/2010 10:07:00 AM |
| DEN Denver | | MSY New Orleans | 740 | UA  10/27/2010 10:25:00 AM | | 10/27/2010 1:59:00 PM |

**Payments Applied To This Invoice**

| | | | | | |
|---|---|---|---|---|---|
| AX 37-XXXX-3004 | | Received | 9/24/2010 | Pymt For Inv #3100324 | -419.40 |
| AX 37-XXXX-3004 | | Received | 9/24/2010 | Pymt For Inv #3100324 | -37.50 |
| | | | | | -456.90 |

Invoice Total:   456.90
Payment Total:  -456.90
Balance Due:     0.00

# W🌐RLDTRAVEL

7645 E. 63rd St. Suite 101
Tulsa, OK. 74133-1208
Phone (918) 743-8856; Fax (918) 747-7480
www.WorldTravelToday.com

Maintenance Enterprises
P.O. Box 120
White Castle LA  70788
Phone:  +1 (225) 545-4100
Fax:  +1 (225) 545-4141

Sale Invoice No: 3100774
Date Issued: 9/29/2010
Agent: Ginny Fern

| Passenger | Department | Depart Date | Return Date | Remarks |
| Type | Ticket/Conf No | Airline/Vendor | | Total Fare |
| From | To | Flight | A/L   Depart | Arrive |
|---|---|---|---|---|
| Campesi Jr/Ross J | | 9/30/2010 | 10/1/2010 | Charged To: CHECK |
| Car | 29155775US5- | Avis Rental Car | | 58.00* |

Invoice Total:   0.00
Balance Due:   0.00

# *EXHIBIT D*



410 17th Street
Suite #350
Denver, CO 80202

# Invoice

| Date | Invoice # |
|---|---|
| 10/12/2010 | 15788 |

| Bill To: |
|---|
| **Jones Walker Waechter**<br>**Poitevent Carrere & Denegre, LLP**<br>**8555 United Plaza Blvd**<br>**Baton Rouge, LA 70809** |

| Remit To: |
|---|
| **Impact Legal Technologies**<br>**410 17th Street**<br>**Suite #350**<br>**Denver, CO 80202** |

| Rep | Job Number | Terms | Client-Matter # | Ordered By |
|---|---|---|---|---|
| DC | 10/7128 | 30 days | MEI | Carla Ashley |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Electronic Bates Numbering/Branding | 53,685 | 0.015 | 805.28T |
| Blowbacks | 101,160 | 0.07 | 7,081.20T |
| Color Blowbacks | 18,505 | 0.75 | 13,878.75T |
| Custom Tabs | 5,939 | 0.38 | 2,256.82T |
| 2 inch Binder | 18 | 8.00 | 144.00T |
| 3 inch Binder | 101 | 10.00 | 1,010.00T |
| 4 inch Binder | 60 | 16.00 | 960.00T |
| Delivery Charge | 1 | 319.20 | 319.20T |

**SIGNATURE:**

| Phone # | Fax # |
|---|---|
| 303-825-9258 | 303-825-9259 |

FIN: 42-1704595

| Subtotal | $26,455.25 |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total | $26,455.25 |
| Payments/Credits | $0.00 |
| **Balance Due** | $26,455.25 |